THE CITY OF SUMMIT, PLAINTIFF-PETITIONER, v. HOR-
TON CORPORATION, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 76 *N. J. Super.* 346.

*Mr. Peter C. Triolo* for the petitioner.

*Messrs. Stein & Stein* and *Mr. Louis Auerbacher* for the respondents.

November 26, 1962.   Denied.